ANNIE. E. BAILEY, *et al., Plaintiffs in Error,* v. J. J. HAYMANS, *et al., Defendants in Error.*

Opinion Filed May 30, 1917.

On an injunction bond conditioned to pay all costs, losses and charges, damages and expenses incurred by reason of the injunction being dissolved or the bill being dismissed on final hearing, there may be a recovery of attorney fees for getting the injunction dissolved, where the injunction was dissolved on final hearing when the bill was dismissed.

Writ of Error to Circuit Court for Alachua County; J. T. Wills, Judge.

Reversed.

*W. S. Broome,* for Plaintiffs in Error;

*Williams & Hardee,* for Defendants in Error.

PER CURIAM.—In an action on an injunction bond, it appears that a suit was brought to enjoin the plaintiffs in an action of ejectment from prosecuting the action. An injunction was granted on full hearing and a bond executed by the complainants in the injunction suit conditioned to pay "all costs, losses and charges, damages and expenses" "by reason of said injunction * * * being dissolved or the said bill dismissed on final hearing." The statute requires the bond to be conditioned to pay "all damages, losses, expenses and charges * * * sustained * * *by reason of the issuing of the said injunction if the injunction shall be dissolved, or if the bill upon which it was granted be dismissed." The injunction was dissolved and the bill dismissed on final hearing. The claim is that the plaintiff in this action "sustained costs, losses and charges, damages and expenses in the sum of six hundred dollars for attorney and counsel fees in and about getting the said injunction dissolved." A demurrer to the declaration was sustained as to this item; and the complainant declining to amend, a final judgment for defendant was rendered and the complainant took writ of error. Aside from the inappropriate use of a demurrer instead of a motion to strike or for compulsory amendment, in objecting to an item of damage alleged in a declaration, it seems clear that the item was not an improper one. While there was no motion to dissolve the injunction, it was granted on full hearing and then dissolved and the

bill dismissed on final hearing. The condition of the bond and the statute cover the excluded item.

Reversed.

All concur.